U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED
DEC - 4 1996
CHAMBERS OF
KIMBA M. WOOD
U.S.D. JUDGE
S.D.N.Y.

December 4, 1996

By Hand
Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**FILED UNDER SEAL**

Re: United States v. Joseph Ippolito
95 Cr. 868 (KMW)

Dear Judge Wood:

The Government respectfully submits this letter, pursuant to Section 5K1.1 of the Sentencing Guidelines, to advise the Court that Joseph Ippolito has provided substantial assistance in the investigation and prosecution of other persons, primarily significant narcotics traffickers and members and associates of La Cosa Nostra. Accordingly, the Government requests that the Court sentence Ippolito in light of the factors set forth in Section 5K1.1(a)(1)-(5) of the Guidelines. Sentencing is scheduled for Friday, December 6, 1996 at 10:00 a.m.

Ippolito's Plea and Cooperation Agreement

On November 13, 1995, Ippolito appeared before the Court and pleaded guilty to Indictment 95 Cr. 868, which was transferred with Ippolito's consent to this District from the Northern District of Florida pursuant to Rule 20, Fed. R. Crim. P. The Indictment charges Ippolito in one count with escape from the Federal Prison Camp at Pensacola, Florida in May 1994, in violation of Title 18, United States Code, Sections 751(a) and 4082(a). This charge carries a maximum sentence of five years' imprisonment, a maximum term of three years' supervised release, a maximum fine, pursuant to Title 18, United States Code § 3571 of the greatest of $250,000, twice the gross pecuniary gain derived from the offense, or twice the gross pecuniary loss to a person other than the defendant as a result of the offense, and a mandatory $50 special assessment. At the time of the offense charged in the Indictment, Ippolito was serving a ten-year term of imprisonment that was imposed on August 24, 1993 in the Central District of California following his conviction there on narcotics charges. The sentencing guidelines as computed in the Presentence Investigation Report ("PSI")

prescribes a sentence of 18-24 months, which is based on offense level 11 and criminal history category IV.[1]

In connection with his plea of guilty, Ippolito and his counsel executed a cooperation agreement with the United States Attorney's Office for the Southern District of New York.[2] In return for Ippolito's full and truthful cooperation, the Government agreed in sum: (i) not to prosecute Ippolito for any crimes related to his escape from Pensacola in 1994 or -- in view of his narcotics conviction in California -- his participation in the distribution of narcotics from in or about 1990 through in or about August 1995; and (ii) to apprise the Court of the nature and extent of Ippolito's cooperation, and to file a motion pursuant to Section 5K1.1 of the Guidelines in this district and a Rule 35(b) motion in the Central District of California if his cooperation amounted to substantial assistance to the Government in an investigation or prosecution. It is our view that Ippolito has complied, and will continue to comply, fully with the terms of the Agreement.

<u>Extent and Value of Joseph Ippolito's Cooperation</u>

Ippolito has indeed provided substantial assistance in several investigations and prosecutions. Ippolito began to cooperate almost immediately after his arrest by federal agents in New York in the summer of 1995, which ended his nearly one-year status as a fugitive from the Pensacola Prison Camp. From the outset, Ippolito was completely forthright in our debriefings, during which we found Ippolito to be a remarkable source of information, which is summarized briefly below. This information has proven valuable as both investigative leads and to buttress several cases under indictment, and is likely to result in significant prosecutions at which Ippolito, if called, should prove to be a valuable witness.

First, while engaging in the narcotics distribution activities in California for which he was convicted, Ippolito became close to several individuals at the center of the Simpson/Goldman murder case. Through his close personal relationships with Al Cowlings, Simpson's confidant, and others involved in the cases, including O.J. and Nicole Simpson, Ippolito

---

[1] A supplement to the PSI recommends that the Court impose a sentence of 24 months consecutive to the ten years Ippolito was already serving for his California narcotics conviction. However, that recommendation was made without the benefit of this letter or a review of the Government's request for a downward departure.

[2] The Agreement was marked as Court Exhibit 1 at the time of the plea.

had become privy to many facts relevant to the case, including Simpson's alleged domestic violence, the Simpsons' narcotics usage, Simpson's attempted flight from justice, and his disposal of the murder weapon. We were contacted by the prosecutors in the case to whom Ippolito made himself available. Ippolito's information was provided directly to the Los Angeles authorities during the murder trial in each of the categories listed above, which was at that time important to their case, particularly Simpson's flight and his remarks to Cowlings concerning a murder weapon. While Ippolito ultimately was not called as a witness -- he was arrested and began to cooperate as that trial drew to a close -- my conversations with the Los Angeles authorities indicate that Ippolito's information was, at the very least, very helpful to their case.

Second, Ippolito has proven to be a tremendous resource for both the historical and current narcotics and racketeering activities of several notable members and associates of La Cosa Nostra. This information has served as the backbone to several significant narcotics investigations. The agents who are conducting these investigations, which number at least four in the New York area, and at least one in Los Angeles, are optimistic that several of these investigations will soon culminate in arrests. Besides providing information, however, Ippolito has, at great risk to himself, set up meetings and made introductions from jail between the targets of these investigations and DEA undercover agents. The resulting relationships between the undercovers and the targets has, in some cases, resulted in the purchase by the agents of narcotics. Thus, Ippolito has been the source of valuable evidence in what look to be important prosecutions.

Third, Ippolito has been an important source of information about criminal activities being undertaken by his fellow inmates. Most notably, Ippolito volunteered to have himself placed in the unpleasant conditions of lockdown to monitor criminal activities that were possibly being conducted by highly dangerous inmates who had been charged with heinous crimes. Ippolito's efforts in this regard were very important to the Government. On a lower level, Ippolito has identified and reported fraudulent schemes being conducted by inmates, and has given warnings to us about threats of violence between inmates. This information has been extremely valuable to the BOP.

Finally, Ippolito has provided the FBI and the Marshals Service with important information concerning the whereabouts and activities of other federal fugitives who Ippolito either has known personally or has learned about from other inmates. This information is considered by the investigating agencies to be important and very useful.

In sum, we have found Ippolito to be an extremely reliable and candid source of information to whom we have turned in

important cases, and on whom we will continue to rely as the cases in which he is involved progress.

## Other Relevant Factors

Because of the violent history of the people and criminal organizations against whom Ippolito has cooperated, Ippolito's cooperation has been at great risk to his own safety and that of his family. Nevertheless, Ippolito has undertaken his cooperation willingly, even volunteering to be housed near the most violent offenders.

## Motion Pursuant to Section 5K1.1 of the Sentencing Guidelines

In light of Ippolito's extensive and valuable assistance to law enforcement authorities, the Government respectfully submits this motion pursuant to Section 5K1.1 of the United States Sentencing Guidelines. In making this motion, we submit that all of the factors present under Section 5K1.1 weigh in Ippolito's favor. First, Ippolito's extensive cooperation has been of valuable assistance to what look to be meaningful and significant prosecutions, as well as to several other investigations. Second, Ippolito has been consistently truthful and candid in his debriefings with the investigating agents. Third, Ippolito undertook his cooperation with the Government in a timely fashion. Fourth, his cooperation has been at a substantial and significant risk of injury to himself and his family members.

Accordingly, we request that the Court give Ippolito's substantial assistance to the Government great weight in fashioning an appropriate sentence.

Because this letter relates to confidential matters, little of which are of public record, we respectfully request that it be maintained under seal.

Respectfully submitted,

MARY JO WHITE
United States Attorney

By: ______________________
DAVID N. KELLEY
Assistant United States Attorney
Tel.: (212) 791-1131

cc: David Breitbart, Esq.
Selwyn F. Foderingham, USPO